**L.E. INTERNATIONAL, LTD.,**
**Plaintiff–Appellant,**

v.

**CONSTELLATION POWER, INC.,** Constellation Operating Services, Inc., Constellation Enterprises, Inc., Constellation Power Development, Inc., Constellation Investments, Inc., Green Tree Finance Company, Constellation Power International Development, Ltd., Constellation Power International Investments, Ltd., Grupo Generador De Guatemala Y Compania Sociedad En Commandita Por, Constellation De Guatemala, S.A., Douglas Perry, Charles Linthicum, Edward Geehan, and Jack Walter, Defendants–Appellees.

No. 02–1116.

United States Court of Appeals, Federal Circuit.

DECIDED: March 14, 2002.

*ORDER*

L.E. International, Ltd. moves without opposition to transfer its appeal to the United States Court of Appeals for the District of Columbia Circuit.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.